USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MINIMAL ENTERPRISES COMPANY,

          Plaintiff,

-v-

BCT CHEMTRADE CORP.,

          Defendant.

No. 09 Civ. 7351 (VM)
ORDER

RICHARD J. SULLIVAN, District Judge:

    Plaintiff Minimal Enterprises Company has filed a complaint seeking damages in the amount of $97,544.11, arising out of a maritime contract with Defendant BCT Chemtrade Corp. Plaintiff also seeks to attach and restrain Defendant's property in that amount, under Rule B of the Supplemental Rules for Admiralty or Maritime Claims.

    As indicated by attachments to the Complaint, the contract at issue called for delivery of cargo to the port of Moa Bay, Cuba. Plaintiff is HEREBY ORDERED to appear at a hearing on August 27, 2009, at 2:00 p.m., to show cause that the Court may order the requested attachment despite the federal trade embargo against Cuba, as reflected in the Cuban Asset Control Regulations, 31 C.F.R. pt. 15.

SO ORDERED.

Dated:     August 25, 2009
             New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE